## IN THE UNITED STATES BANKRUPTCY COURT
## IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    BANKRUPTCY NO: 16-10313-JDW

**PASHANA E PINSON**
**10853 PAUL COLEMAN DRIVE**
**OLIVE BRANCH, MS 38654-**

## NOTICE AND MOTION TO DISMISS

**COMES NOW**, Locke D. Barkley, the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

| | | |
|---|---|---|
| **DATED**: 08/09/2017 | Locke D. Barkley | Locke D. Barkley |
| | Chapter 13 Trustee | Chapter 13 Trustee |
| | P.O. Box 1859 | 6360 I-55 N. Ste 140 |
| **AMOUNT DUE**:  **$5,660.00** | Memphis, TN  38101-1859 | Jackson, MS 39211 |
| (As of 8/7/17  through the end of 8/17) | **(PAYMENTS ONLY)** | (601) 355-6661 |
| Plus accruing payments | | **(CORRESPONDENCE)** |

**DATE DUE**:  8/30/2017

## CERTIFICATE OF SERVICE

I, Locke D. Barkley, Standing Trustee, do hereby certify that I have electronically filed the foregoing with the Clerk of Court using CM/ECF system, and hereby further certify that I have served a copy of the foregoing upon the debtor(s), debtor's attorney of record and to the Office of the U.S. Trustee via electronic notice or mail.

**DATED: 08/09/2017**

/s/ Locke D Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY

SCHNELLER AND LOMENICK, P.A.
P.O. BOX 417
HOLLY SPRINGS, MS 38635-